MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff Fabric Selection, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISE PARIS, LTD, a New York corporation; ROSS STORES, INC., a Delaware corporation; DJ'S LADIES APPAREL CORP., a New York corporation; DR. JAY'S LADIES OF FORDHAM LLC, a New York limited liability company; 618 MAIN CLOTHING CORP., a New Jersey corporation; T & E STORES, INC., a New York corporation; 165-24 JAMAICA AVE CORP., a New York corporation; DISCO 1 LLC, a New York limited liability company; TICK-TOCK BOUTIQUE OF JAMAICA, INC., a New York corporation; REVOLUTION BOUTIQUE, INC., a New York corporation; RAINBOW APPAREL OF AMERICA, INC., a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-05584-RSWL-JEM<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A) AND COURT'S RETENTION OF JURISDICTION**<br><br>*Filed Concurrently with Stipulation for Dismissal and Court's Retention of Jurisdiction*<br><br>Trial Date:  October 16, 2018 |

/ / /

617687.2

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Complaint in the above-captioned action shall be dismissed <u>without</u> prejudice against all of the Defendants, together with all claims and/or causes of action arising therefrom;

2. This dismissal of the action without prejudice may be converted to a dismissal *with* prejudice at a later date;

3. The parties hereto shall bear their own costs and attorneys' fees, except as set forth in the parties' Settlement Agreement and Mutual Release executed in connection with the above matter;

4. The parties further agree that the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement; and

5. The parties further expressly agree that this Stipulation of Dismissal is the result of settlement of the action by the parties.

DATED: May 10, 2018

                                                  s/ RONALD S.W. LEW
                                                  Hon. Ronald S. W. Lew